# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128609

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENDRICK FRANK RICHARD,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128609
COA: 251330
Oakland CC: 00-175159-FC

On order of the Court, the application for leave to appeal the March 10, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

s1024

_____
Clerk